UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Eric Beach and Aimee Beach,

    Plaintiffs,                                   No. 16 CV 00967

    v.

JPMorgan Chase Bank, N.A.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter coming before the Court on the Parties' Agreed Motion to Dismiss Action with Prejudice (the "Motion"), it is hereby ordered that:

1. The Motion is granted;

2. The complaint filed by plaintiffs Eric Beach and Aimee Beach against defendant JPMorgan Chase Bank, N.A. is dismissed in its entirety with prejudice without fees or costs to either party. This is a final order and resolves the case.

Dated at Milwaukee, Wisconsin, this 28th day of February, 2018.

                                                   /s Lynn Adelman
                                                   Lynn Adelman
                                                   United States District Judge